HENRIETTA RENEE MASON,
individually and as Administrator of the
Estate of Tyrone Mason,

Plaintiff,

v.

GARRETT MASON, in his individual
capacity,

Defendant.

**MOTION TO DISMISS**
**(Fed. R. Civ. P. 12(b)(6))**

NOW COMES Defendant Garrett Mason (hereinafter "Defendant"), by and through Undersigned Counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and move this Court for an order of dismissal with prejudice due to Plaintiff's failure to state a claim upon which relief can be granted.

In support of this Motion, Defendant relies upon Plaintiff's Complaint as well as the arguments and authorities set forth in the Memorandum in Support of this Motion.

WHEREFORE, Defendants request that his Motion to Dismiss be allowed, and that Plaintiff's First Cause of Action (Substantive Due Process) be dismissed with prejudice.

Respectfully submitted this the 28th day of July, 2025.

JEFF JACKSON
Attorney General

/s/ Alex R. Williams
Alex R. Williams (N.C.S.B. No. 41679)
Section Head, Public Safety Section
awilliams@ncdoj.gov
North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27699-9001
Telephone: 919-716-6528
Facsimile: 919-716-6761
*Attorney for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide notice to counsel of record as follows:

> Bakari T. Sellers
> Mario A. Pacella
> Amy E. Willbanks
> Matthew B. Robins
> STROM LAW FIRM, LLC
> 6923 N. Trenholm Road, Suite 200
> Columbia, South Carolina 29206
> *Plaintiff's Counsel*

This the 28th day of July, 2025.

/s/ Alex R. Williams
Alex R. Williams
Section Head, Public Safety Section

3