UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:25-CV-271-D

| | | |
|---|---|---|
| HENRIETTA RENEE MASON, individually and as Administrator of the Estate of Tyrone Mason, | ) ) ) ) | |
| Plaintiff, | ) ) | **NOTICE OF SETTLEMENT** |
| vs. | ) ) | |
| GARRETT MACARIO, | ) ) | |
| Defendant. | ) | |

Please take notice that the parties have reached a settlement in principle in the above captioned matter resolving all outstanding claims. The Parties respectfully request a status conference with the Court to advise and seek guidance on next steps regarding the timing and other logistics of settlement. The Parties are available on the following dates for this purpose: June 2 or 4, 2026.

Respectfully submitted this the 19th day of May 2026.

JEFF JACKSON
Attorney General

/s/E. Maloney
Emily Maloney
Special Deputy Attorney General
N.C. State Bar No. 52820
E-mail: emaloney@ncdoj.gov
North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27699-9001
Telephone: 919-716-0026
Facsimile: 919-716-6761

*Attorney for Defendant*

/s/ B. Sellers

Bakari T. Sellers
S.C. Fed. ID #11099
South Carolina State Bar #79714
6923 N. Trenholm Road, Suite 200
Columbia, South Carolina 29206
Phone: (803) 252-4800
E-mail:  bsellers@stromlaw.com


Sean P. Cecil
NC State Bar No. 48882
PO Box 28186
Raleigh, NC 27611
Phone: (919) 833-8489
Fax: (919) 828-4689
Email: sean@cecil.law

*Local Rule 83.1 Counsel*

*Attorneys for Plaintiff*

Case 5:25-cv-00271-D-RN    Document 23    Filed 05/19/26    Page 2 of 3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I electronically filed the foregoing with the Clerk of Court utilizing

the CM/ECF system, which provides electronic notice to counsel of record as follows:

Bakari T. Sellers
6923 N. Trenholm Road, Suite 200
Columbia, South Carolina 29206
E-mail:  bsellers@stromlaw.com

Sean P. Cecil
NC State Bar No. 48882
PO Box 28186
Raleigh, NC 27611
Email: sean@cecil.law

*Local Rule 83.1 Counsel*

*Attorneys for Plaintiff*


This the 19th day of May 2026.

/s/ Emily Maloney
Emily Maloney
Special Deputy Attorney General