IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN  DISTRICT OF NORTH CAROLINA
WESTERN  DIVISION
CASE NO.  5:25-CV-271-D

| | | |
|---|---|---|
| HENRIETTA RENEE MASON, individually and as Administrator of the Estate of Tyrone Mason, | ) ) ) ) | |
| Plaintiff, | ) ) | **NOTICE OF SETTLEMENT** |
| vs. | ) ) ) | |
| GARRETT MACARIO, | ) | |
| Defendant. | | |

Please take notice that the parties have reached a settlement in principle in the above captioned matter resolving all outstanding claims. The parties are finalizing the settlement documents and expect to file a motion and proposed order approving the settlement, which involves a minor beneficiary, within the next 21 days. In the interest of judicial economy, the parties respectfully request that the status conference scheduled for tomorrow, June 25, 2026 at 1:00 PM be continued and, in lieu, a hearing on the motion and proposed order be scheduled at the Court's convenience within 45 days, if the settlement approval documents are not approved prior.

Respectfully submitted this the 24th day of June, 2026.

STROM LAW FIRM

/s/  *Bakari T. Sellers*
Bakari T. Sellers
S.C. Fed. ID #11099
South Carolina State Bar #79714
6923 N. Trenholm Road, Suite 200
Columbia, South Carolina 29206
Phone: (803) 252-4800
E-mail:  bsellers@stromlaw.com

/s/ *Sean P. Cecil*
Sean P. Cecil
NC State Bar No. 48882
PO Box 28186
Raleigh, NC 27611
Phone: (919) 833-8489
Fax: (919) 828-4689
Email: sean@cecil.law

*Local Rule 83.1 Counsel*

*Attorneys for Plaintiff*

JEFF JACKSON
Attorney General

/s/E. Maloney
Emily Maloney
Special Deputy Attorney General
N.C. State Bar No. 52820
E-mail: emaloney@ncdoj.gov
North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27699-9001
Telephone: 919-716-0026
Facsimile: 919-716-6761

*Attorney for Defendant*