IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-271-D

HENRIETTA RENEE MASON,            )
individually and as Administrator of the   )
Estate of Tyrone Mason,           )
                                  )
                    Plaintiff,    )
                                  )
        v.                        )          ORDER
                                  )
GARRETT MACARIO,                  )
                                  )
                    Defendants.   )

In light of the settlement [D.E. 24], the court CANCELS the status conference set for

June 25, 2026.

SO ORDERED. This 24 day of June, 2026.

JAMES C. DEVER III
United States District Judge