# EXHIBIT B

<u>**DISPOSITION OF SETTLEMENT FUNDS**</u>

**NAME OF CLIENT:** <u>Henrietta Mason as Personal Representative of the Estate of</u>
<u>Tyrone Mason</u>

**IN RE:** <u>Henrietta Mason as Personal Representative of the Estate of Tyrone Mason</u>

<u>**COMPUTATION OF SETTLEMENT**</u>

| | |
|---|---|
| Judgment\Settlement: | <u>$200,000.00</u> |

| | | |
|---|---|---|
| Less: | Attorney's Fee: 36.5 % (1/2) | (<u>$36,500.00</u>) |
| | Strom Law Firm | |
| | Ben Crump Law | |
| | Law Office of Sean P. Cecil, PLLC | |
| | Firm Cost: | ($ 6,045.67) |
| Survivor Action Settlement Funds | | ($100,000.00) |
| Total Deductions from Gross Amount | | ($142,545.67) |

**NET AMOUNT DUE TO HEIR-WRONGFUL DEATH:   $57,454.33**

**SURVIVING HEIR:**
**Xavier Mason-Pooled Trust                               $52,454.33**
**Henrietta Mason on behalf of X. M.                  $5,000.00**

**NET AMOUNT PAID TO HEIR-WRONGFUL DEATH: $57,454.33**

| | | |
|---|---|---|
| Survivor Action Settlement Funds | | $100,000.00 |
| Less: | Attorney's Fee: 36.5 % (1/2) | (<u>$36,500.00</u>) |
| | Strom Law Firm | |
| | Ben Crump Law | |
| | Law Office of Sean P. Cecil, PLLC | |
| | Firm Cost: | ($ 6,045.66) |
| | Creditor of the Estate: AT & T | ($   372.26) |
| Henrietta Mason-PR fee (5%) | | ($5,000.00) |
| Total Deductions from Gross Amount | | ($47,917.92) |

**NET AMOUNT DUE TO HEIR-SURVIVOR ACTION:          $52,082.08**

**SURVIVING HEIR:**

**X. M.-Pooled Trust**                              **$52,082.08**


**NET AMOUNT PAID TO HEIR-SURVIVOR ACTION:**       **$52,082.08**


I have reviewed this disbursement sheet and I understand the distribution of funds.  I further understand that any other expenditures arising from this claim are my responsibility and will be paid by me.  I hereby acknowledge receipt of the above net amount as full and final settlement of the legal claim specified herein and release J.P. Strom Jr., P.A. and/or Strom Law Firm LLC., Attorneys at Law, from further obligation on my behalf.  I have been given and have retained a copy of this statement.

_____                    _____
Date                                        Signature

**Matter ID: 38943-20250096**

# EXHIBIT A

Legacy Enhancement Pooled Trust

To X. M. ("Payee"):
Pooled Trust amount:      Wrongful Death: $52,454.33
                          Survivor Action: $52,082.08

                          Total Pooled Trust:$104,536.41

FIRM COST BREAKDOWN OF:

| | |
|---|---|
| FILING FEES (USDC) | $ 405.00 |
| PROCESS SERVICE | $ 262.00 |
| TRAVEL COSTS | $ 1,670.12 |
| POSTAGE | $ 2.07 |
| CONSULTING EXPERT | $ 8,400.00 |
| MEDICAL RECORDS | $ 84.70 |
| SEAN CECIL-PROBATE | $ 7,620.25 |
| FED EX | $ 38.51 |
| EXPERT | $ 5,700.00 |
| TOTAL | $24,182.65 |

**COUNSEL FOR THE PLAINTIFF IS REDUCING COSTS BY 50% RESULTING IN TOTAL COSTS OF**: **$12,091.33**
**The remainder of the costs may be allocated to a pending claim against another entity not a party to this action.**